**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-7466

JACK DEWHAN RANDOLPH,

Plaintiff - Appellant,

versus

CHARLES T. FELTS, Warden,

Defendant - Appellee.

Appeal from the United States District Court for the Southern District of West Virginia, at Beckley. Thomas E. Johnston, District Judge. (5:05-cv-00805)

Submitted: October 17, 2006      Decided: October 24, 2006

Before NIEMEYER, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jack Dewhan Randolph, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jack Dewhan Randolph appeals the district court's judgment order accepting the recommendation of the magistrate judge and denying his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Randolph v. Felts, No. 5:05-cv-00805 (S.D.W. Va. July 21, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.[*]

AFFIRMED

---

[*]To the extent Randolph may be seeking authorization under 28 U.S.C. § 2244 (2000) to file a second or successive 28 U.S.C. § 2255 (2000) motion, we deny authorization.

- 2 -